Commonwealth *v.* Ricche, Appellant.

Argued September

13, 1973. *Richard A. Behrens,* with him *Patterson, Evey, Routch & Black,* for appellant; *Amos Davis,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.